**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **WILLIAM CASTANS,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 4:20-CV-00720** |
| **CBIZ INSURANCE SERVICES, INC.,** | |
| **Defendant.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant CBIZ Insurance Services, Inc. removes to the United States District Court for the Western District of Missouri the action captioned *William Castans v. CBIZ Insurance Services, Inc.,* Case No. 2016-CV15087, currently pending in the Circuit Court of Jackson County, Missouri. Defendant removes this case on the grounds of diversity jurisdiction under 28 U.S.C. § 1332. Defendant states the following as grounds for removal.

## PROCEDURAL HISTORY

1.      On July 14, 2020, Plaintiff filed a Petition in the Circuit Court of Jackson County, Missouri, captioned *William Castans v. CBIZ Insurance Services, Inc.,* Case No. 2016-CV15087 ("State Court Action").  A copy of each filing in the State Court Action is attached as **Exhibit A**. In the State Court Action, Plaintiff's Petition purports to assert claims for breach of contract and promissory estoppel.

2.      The Circuit Court of Jackson County, Missouri, issued its summons on August 5, 2020.  Exhibit A.

3.     Defendant was served with the Summons and Petition on or about August 10, 2020. Exhibit B, notice of service form from Defendant's agent of service.

### BASIS FOR FEDERAL COURT ORIGINAL JURISDICTION

4.     District courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. § 1332(a).

5.     Plaintiff's Petition seeks damages in excess of $75,000 against Defendant, exclusive of interest and costs. Ex. A, Petition ¶ 34.

6.     For diversity purposes, a corporation shall be deemed a citizen of any state in which it has been incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

7.     Plaintiff is a resident and citizen of the state of Kansas.  Ex. A, Petition ¶ 1.

8.     CBIZ Insurance Services, Inc. is a corporation organized under the laws of the State of Maryland with a principal place of business in Cumberland, Maryland. Ex. A, Petition ¶ 2.

9.     Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant.

10.    Because this action is between citizens of different states and the matter in controversy exceeds $75,000, this Court has original jurisdiction over the claims alleged in Plaintiff's Petition under 28 U.S.C. § 1332(a).

### PROPRIETY OF REMOVAL

11.    Plaintiff filed his Petition in the Circuit Court of Jackson County, Missouri, which is located within the United States District Court for the Western District of Missouri, Western Division. Thus, venue for removal purposes only is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a).

However, Defendant notifies the Court and Plaintiff it intends to timely file a motion to dismiss or, in the alternative, motion to transfer to an appropriate court in the State of Ohio pursuant to a jurisdiction and forum selection clause in the contract that forms the basis of Plaintiff's claims. Defendant hereby reserves its rights to assert all appropriate defenses pursuant to Rule 12 in its responsive pleading.  *See* Fed. R. Civ. P. 12(b).

12.     This Notice of Removal is timely because it is filed within thirty (30) days of service of the Summons and Petition upon Defendant. Under 28 U.S.C. § 1446(b), Defendant's time to remove and to answer has not yet expired.

13.     Pursuant to 28 U.S.C. § 1446(a), a copy of the entire file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant are attached to this Notice as Exhibit A. Plaintiff has not served Defendant with any other process, pleadings or orders.

14.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and Defendant will file in the Circuit Court of Jackson County, Missouri, Defendant's Notice of Filing Notice of Removal to Federal Court.

WHEREFORE, Defendant CBIZ Insurance Services, Inc. respectfully gives notice that the action now pending in the Circuit Court of Jackson County, Missouri, Case No. Case No. 2016-CV15087 is removed from the Court to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

DYSART TAYLOR COTTER McMONIGLE
& MONTEMORE, P.C.

By: _/s/ Anne E. Baggott_____
Anne E. Baggott, MO #59187
Ashley L. West, MO #71614
4420 Madison Avenue, Suite 200
Kansas City, MO  64111
P: (816) 931-2700
F: (816) 931-7377
abaggott@dysarttaylor.com
awest@dysarttaylor.com

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 9, 2020, a true copy of the foregoing document was filed via the Court's electronic filing system, which will transmit notice of said filing via electronic mail to all counsel of record.

_/s/ Anne E. Baggott_____
Anne E. Baggott, attorney for Defendant

4