# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM CASTANS,<br><br>                  Plaintiff,<br><br>v.<br><br>CBIZ INSURANCE SERVICES, INC.<br><br>                  Defendant. | **Case No. 1:20-CV-02770**<br><br>**PATRICIA A. GAUGHAN** |

So Ordered.
/s/ Patricia A. Gaughan
8/6/21

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

**BARKAN MEIZLISH**

/s/ *Robert E. DeRose*
Robert E. DeRose
bderose@barkanmeizlish.com
4200 Regent Street, Suite 210
Columbus, OH 43219
Telephone:  (614) 221-4221
Facsimile:  (614) 744-2300

**Counsel for Plaintiff**